In the Matter of the Claim of LENORE D'NIKINOV, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.

Submitted November 22, 1949; decided December 29, 1949.

*James Lipsig* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.